IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11722-AA
_____

JAMAAL ALI BILAL,
f.k.a. John L. Burton,
a.k.a. Superman,

                                                Plaintiff - Appellant,

versus

GEO CARE, LLC,
FNU GARZA,
FCCC Custody Officer, individually and in his official capacity as Transport Officer,
FNU JARVIS, et al.,

                                                Defendants - Appellees,

DAVID WILKINS,
Secretary, Department of Children & Families,

                                                Defendant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

                                                DAVID J. SMITH
                                      Clerk of the United States Court of
                                           Appeals for the Eleventh Circuit

                                     ENTERED FOR THE COURT - BY DIRECTION