IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11722-AA
_____

JAMAAL ALI BILAL,
f.k.a. John L. Burton,
a.k.a. Superman,

           Plaintiff - Appellant,

versus

GEO CARE, LLC,
FNU GARZA,
FCCC Custody Officer, individually and in his official capacity as Transport Officer,
FNU JARVIS,
FCCC Custody Officer, individually and in his official capacity as Transport Official,
THE GEO GROUP, INC.,
CORRECT CARE SOLUTIONS, LLC, et al.,

           Defendants - Appellees,

DAVID WILKINS,
Secretary, Department of Children & Families,

           Defendant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER:

The order withholding the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION