UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMAAL ALI BILAL,

    Plaintiff,

v.   Case No.: 2:14-cv-422-FtM-38MRM

GEO CARE, LLC, FNU GARZA, FNU JARVIS, THE GEO GROUP, INC., CORRECT CARE SOLUTIONS, LLC, DONALD SAWYER, REBECCA JACKSON, MANUEL FERNANDEZ, CRAIG BELOFF, MIKE CARROLL, PAUL TIERNEY, BILL PRICE, OATES and HEBERT,

    Defendants.
_____/

## ORDER TO COMPLETE SERVICE FORMS

Bilal filed this case against Geo Care, Inc., David Wilkins, FNU Garza, and FNU Jarvis in Florida state court in July 2014, and the defendants removed the case to this Court. Bilal amended his complaint three times, adding ten more defendants. In June 2015, the Court ordered Bilal to complete service forms for the ten new defendants. Bilal returned the forms, but they were not completed as the Court instructed. As a result, the Court could not serve the ten defendants. The Court later dismissed the case, but the Eleventh Circuit Court of Appeals reversed and remanded.

Bilal's Third Amended Complaint (Doc. 14) is once against pending before this Court. To continue the prosecution of this case, Bilal must complete updated service forms and provide a service copy of his Third Amended Complaint with exhibits, if any, for Defendants Donald Sawyer, Rebecca Jackson, Manual Fernandez, Craig Beloff, Mike Carroll, Paul Tierney, Bill Price, Herbert, Oates, and Correct Care Solutions, LLC.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff must complete the highlighted portions of the following enclosed forms each defendant: (1) Notice of a Lawsuit and Request to Waive Service of a Summons; (2) Waiver of the Service of Summons; and (3) Summons in a Civil Action. These highlighted forms are also filed as Exhibit 1 to this Order. Plaintiff must return the original and one copy of each form for each defendant.

2. Plaintiff must complete the enclosed United States Marshals Process Receipt and Return (Form-USM-285) for each defendant as set forth in the instructions on the reverse of the form.

3. Plaintiff must mail the completed forms, along with ten (10) additional identical copies of his Third Amended Complaint with all exhibits, if any, to the Clerk's Office **on or before February 4, 2021.** *If Plaintiff fails to timely return the completed forms and service copies of his Third Amended Complaint or explain his inability to timely comply within this time period, the*

*Court may dismiss this action as to the unserved defendants for failure to prosecute without further notice.*

**DONE AND ORDERED** in Fort Myers, Florida on January 5, 2021.

Mac R. McCoy
United States Magistrate Judge

SA:   FTMP-1

Copies to   Counsel of Record
Unrepresented Parties with highlighted service forms for each defendant