UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMAAL ALI BILAL,

    Plaintiff,

v.                                                Case No.:   2:14-cv-422-FtM-38MRM

GEO CARE, LLC, FNU GARZA,
FNU JARVIS, THE GEO GROUP,
INC., CORRECT CARE
SOLUTIONS, LLC, DONALD
SAWYER, REBECCA JACKSON,
MANUAL FERNANDEZ, CRAIG
BELOFF, MIKE CARROLL, PAUL
TIERNEY, BILL PRICE, OATES,
and HERBERT,

    Defendants.
_____/

**<u>ORDER</u>**

Before the Court are Plaintiff's Motion for Appointment – Recruitment of Counsel (Doc. 77), Motion for Thirty (30) Day Time Extension (Doc. 79), and Motion to Withdraw Magistrate Judge Consent (Doc. 80).   The motions are deficient for two reasons.   First, Plaintiff did not file certificates of service with them, as required by Federal Rule of Civil Procedure 5(d)(1)(B).   And second, Plaintiff did not comply with Local Rule 3.01(g), which required him to (1) certify that he conferred with opposing counsel and (2) state whether the parties agreed on the resolution of the motions.   M.D. Fla. R. 3.01(g).   Plaintiff's *pro se* status does not excuse him from compliance with procedural rules.

Accordingly, the **CLERK** is directed to **STRIKE** Plaintiff's motions (Docs. 77, 79, and 80), remove them from the docket, and return the documents to Plaintiff.

**DONE AND ORDERED** in Fort Myers, Florida on January 14, 2021.

_/s/ Mac R. McCoy_
Mac R. McCoy
United States Magistrate Judge

SA: FTMP-1
Copies furnished to:
Counsel of Record
Unrepresented Parties